IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELODIO E REYES,

    Petitioner,

v.                                         CASE NO. 4:08-cv-00030-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the Southern District of Florida. The time for filing objections has passed, and none have been filed. The Court agrees that transfer is proper. Accordingly it is hereby,

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this case to the United States District Court for the Southern District of Florida.

    **DONE AND ORDERED** this *7th* day of March, 2008

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge